# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Willard Benjamin White, II                              Docket No. 00-00204-002

### Petition on Probation

  COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Willard Benjamin White, II, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Pittsburgh, Pennsylvania, on the 14th day of May 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay restitution, jointly and severally with codefendants, in the amount of $28,178, in monthly installments of not less than $150.
- Home detention for a period of six months.
- Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- Provide the probation officer with any requested financial information.
- Pay a special assessment of $100.

05-14-01: Wire Fraud; 5 years' probation; Currently supervised by U.S. Probation Officer Eric D. Bossart.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

  Your Petitioner reports that since placement on probation, the defendant has satisfied the $100 special assessment and has made restitution payments totaling $2,925 toward a total obligation of $28,178. Mr. White's term of probation is scheduled to expire on May 13, 2006. Although restitution of $23,538 remains outstanding, the defendant has made payments commensurate with his ability to pay. It is noted that Mr. White's obligation to make restitution payments will continue after his supervision expires. Furthermore, information from the U.S. Attorney's Office, Financial Litigation Unit, indicates that a lien is in place in Indiana County, Pennsylvania, for recovery of restitution.

U.S.A. vs. Willard Benjamin White, II
Docket No. 00-00204-002
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No.00-00204-002 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case. | Executed on May 9, 2006 |
| _____ Senior U.S. District Judge | _Eric D. Bossart_ /um U.S. Probation Officer |
|  | _signature_ Nick A. Nardine Supervising U.S. Probation Officer |
|  | Place: Johnstown, Pennsylvania |